```
               UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                              Civil No. 09-cv-61-JD

William Stewart, d/b/a
Stewart Brothers Paving


ORDER TO APPEAR AND SHOW CAUSE

    The respondent, William Stewart, d/b/a Stewart Brothers Paving, was ordered to appear before this court on April 15, 2009 at 11:00 a.m. to show cause, if any, why he should not be held in civil contempt for non-compliance with the court's order of February 3, 2009, which ordered the respondent to appear before revenue officer, Denice Anderson at the IRS offices, 1000 Elm Street, Suite 900, Manchester, New Hampshire, on February 17, 2009 at 9:00 a.m. to give testimony and produce all books and records in his possession or control as required and called for by the terms of the summons issued to the respondent on June 18, 2008.

    The respondent failed to appear, as ordered, before this court on April 15, 2009.

    The respondent, William Stewart, d/b/a Stewart Brothers Paving, is hereby ordered to appear before the United States District Court for the District of New Hampshire, in Courtroom B,

located on the 1st floor, in the Warren Rudman Courthouse, 55 Pleasant Street, Concord, New Hampshire, at 9:00 a.m. on Thursday, May 28, 2009, to show cause why he should not be held in civil contempt for non-compliance with the court's order of February 3, 2009, a copy of which is attached hereto and made a part hereof.

    The respondent is placed on notice that if he fails to appear as herein ordered the court will issue a warrant for his arrest.

    This order shall be served on the respondent IN HAND by the United States Marshal and a return of service shall be filed with the Clerk of this court.

    SO ORDERED.

                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge

April 22, 2009

Attachment
  February 3, 2009 Order

cc:  T. David Plourde, Esquire